**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 00-2125**

———————————

RICK NOEL,

Plaintiff - Appellant,

versus

KAISER BELLWOOD CORPORATION; JAMES S.
JOHNSTON,

Defendants - Appellees.

———————————

**No. 01-1277**

———————————

RICK NOEL,

Plaintiff - Appellee,

versus

KAISER BELLWOOD CORPORATION; JAMES S.
JOHNSTON,

Defendants - Appellants.

———————————

Appeals from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, District Judge.
(CA-99-654-3)

———————————

Submitted:  January 31, 2002       Decided:  February 14, 2002

Before LUTTIG, WILLIAMS, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Philip Bradley, Baton Rouge, Louisiana, for Appellant. Michael P. Oates, Edwin F. Farren, IV, HUNTON & WILLIAMS, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Rick Noel appeals from the district court's order dismissing his complaint alleging employment discrimination under 42 U.S.C. §§ 1981, 1985 (1994). Kaiser Bellwood Corporation and James S. Johnston appeal from the district court's order granting Noel's motion to extend the notice of appeal period. We have reviewed the parties' briefs, the joint appendix, and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Noel v. Kaiser Bellwood Corp.</u>, No. CA-99-654-3 (E.D. Va. July 25, 2000; Jan. 30, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>